No. 832. Seago, Administratrix, *v.* New York Central Railroad Co. February 2, 1942. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed on the ground that there was sufficient evidence of negligence for submission to the jury. The case is remanded to the Supreme Court of Missouri for its consideration of other questions presented on the appeal and for further proceedings not inconsistent with this opinion. *Messrs. Mark D. Eagleton* and *William H. Allen* for petitioner. *Mr. Samuel W. Baxter* for respondent.

No. 836. Hoblitzelle *v.* City of University Park et al. February 2, 1942. *Per Curiam:* The motions for leave to file a statement as to jurisdiction and an amended opposition are granted. The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Mr. David A. Frank* for appellant. *Mr. Percy C. Fewell* for appellees.

No. —, original. Ex parte Edward Casebeer. February 2, 1942. The motion for leave to file petition for writ of mandamus is denied.